**B1 (Official Form 1) (12/11)**

| United States Bankruptcy Court<br>WESTERN DISTRICT OF TEXAS<br>SAN ANTONIO DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Stablewood Springs Resort, LP** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **12049816411** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**P.O. Box 467**<br>**Hunt, TX**<br>ZIP CODE **78204** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Kerr** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 467**<br>**Hunt, TX**<br>ZIP CODE **78204** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [ ] Corporation (includes LLC and LLP)
- [x] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box: Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [x] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [x] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2012 (Build 9.1.52.2, ID 0298*

**B1 (Official Form 1) (12/11)**   **Page 2**

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Stablewood Springs Resort, LP** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: <br> **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: <br> **Stablewood Springs Resort Operations LLC** | Case Number: | Date Filed: |
| District: <br> **Western** | Relationship: <br> **Subsidiary** | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☑ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X_____ <br>                   Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

 ☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

 ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no

 principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

              _____
              (Name of landlord that obtained judgment)

              _____
              (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)     Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): **Stablewood Springs Resort, LP**

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

X _____

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X **/s/ DAVID S. GRAGG**
   DAVID S. GRAGG     Bar No. **08253300**

**Langley & Banack, Inc.**
**745 E Mulberry Ave, Suite 900**
**San Antonio, Texas 78212**

Phone No **(210) 736-6600**     Fax **(210) 735-6889**

**12/17/2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
**Stablewood Springs Resort, LP**

X **/s/ WCA Holdings, Inc. by Tom J. Fatjo, Jr.**
   Signature of Authorized Individual

   **WCA Holdings, Inc. by Tom J. Fatjo, Jr.**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**12/17/2012**
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Stablewood Springs Resort, LP**          CASE NO

CHAPTER **11**

# EXHIBIT "A" TO VOLUNTARY PETITION

1. Debtor's employer identification number is __**12049816411**__.

2. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is_____.

3. The following financial data is the latest available information and refers to the debtor's condition on __**11/30/2012**__.

    a. Total Assets                 **$11,149,456.12**

    b. Total Liabilities             **$22,773,550.11**

| Secured debt | Amounts | Approximate number of holders |
|---|---|---|
| Fixed, liquidated secured debt | $10,425,777.63 | |
| Contingent secured debt | | |
| Disputed secured debt | $9,286,870.94 | |
| Unliquidated secured debt | $74,096.12 | |
| **Unsecured debt** | **Amounts** | **Approximate number of holders** |
| Fixed, liquidated unsecured debt | $2,685,080.92 | |
| Contingent unsecured debt | $160,000.00 | |
| Disputed unsecured debt | $141,724.51 | |
| Unliquidated unsecured debt | | |
| **Stock** | **Amounts** | **Approximate number of holders** |
| Number of shares of preferred stock | | |
| Number of shares of common stock | | |
| *Comments, if any* | | |

4. Brief description of debtor's business:
   *High end resort destination encompassing 140 acres of a 543 acre private ranch*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Stablewood Springs Resort, LP**  CASE NO

CHAPTER **11**

# EXHIBIT "A" TO VOLUNTARY PETITION

*Continuation Sheet No. 1*

---

5. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of the debtor:

   *Tom J. Fatjo, Jr.*

---

6. List the name of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor:

   *Stablewood Springs Resort Operations, LLC*

---

I, **WCA Holdings, Inc. by Tom J. Fatjo, Jr.**, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Exhibit "A" to Voluntary Petition, and that it is true and correct to the best of my information and belief.

Date: **12/17/2012**

Signature: **/s/ WCA Holdings, Inc. by Tom J. Fatjo, Jr.**
*WCA Holdings, Inc. by Tom J. Fatjo, Jr.*
**President**

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Stablewood Springs Resort, LP**

Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar | (3) Nature of claim (trade debt, bank loan, | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Estate of Thomas A. Russell, Deceased<br>808 London Street<br>Castroville, TX 78009 | | . | | **$2,537,625.00** |
| Captain Ellis Partnership<br>128 Nimitz Drive<br>Kerrville, TX 78028 | | . | *Contingent* | **$160,000.00** |
| Herb Lipsman, The Health Club Company<br>16400 Kensington Drive<br>Sugar Land, TX 77479 | | . | *Disputed* | **$131,295.00** |
| Pacific Life  Ins. Co<br>c/o Knight Planning Corp.<br>2001 Kirby Drive<br>Houston, TX 77019 | | . | | **$66,427.02** |
| SSR Furnishings, LLC<br>PO Box 467<br>Hunt, TX 78024 | | . | | **$30,778.86** |
| Colby Design<br>PO Box 70189<br>Houston, TX 77270 | | . | | **$21,036.73** |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE: **Stablewood Springs Resort, LP**  Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar | (3) Nature of claim (trade debt, bank loan, | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| The Mathis Group<br>13135 Dairy Ashford # 390<br>Sugar Land, TX 77478 | . | | *Disputed* | $10,429.51 |
| KGB Texas<br>1919 Oakwell Farms Pkwy<br>Suite 100<br>San Antonio, TX 78218 | . | | | $10,000.00 |
| The Concrete Shop<br>202 Peterson Drive<br>Kerrville, TX 78028 | | Supplies | | $6,610.20 |
| Stablewood Springs Private<br>Residence Clu<br>PO Box 467<br>Hunt, TX 78024 | . | | | $6,000.00 |
| SRS Ventures LLC<br>3004 Philfall<br>Houston, TX 77098 | . | | | $3,000.00 |
| Harbor Linens<br>PO Box 3510<br>Cherry Hill, NJ 08034 | . | | | $935.07 |
| Quality Gutters Systems LP<br>5 Upper Cibolo Creek Road<br>Boerne, TX 78006 | | Trade Debt | | $855.00 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Stablewood Springs Resort, LP**

Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar | (3) Nature of claim (trade debt, bank loan, | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Hein Lam Upholstery 819 West Drew Houston, TX 77006 | | . | | $645.00 |
| Wallace Jackson & Lohmeyer, PC David Jackson 820 Main Street, #100 Kerrville, TX 78028 | | Legal fees | | $564.00 |
| Mosty Law Firm 222 Sidney Baker South # 400 Kerrville, TX 78028 | | Legal fees | | $323.00 |
| San Antonio Express News PO Box 2171 San Antonio, TX 78297 | | . | | $154.80 |
| Kerr County Water PO Box 555 Hunt, TX 78024 | | Services | | $124.64 |
| Bank of the Hills | | . | | $1.59 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Stablewood Springs Resort, LP**　　　　　　　　　　　Case No.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　**11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **President** of the **Partnership** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **12/17/2012**　　　　　　　　　　Signature: **/s/ WCA Holdings, Inc. by Tom J. Fatjo, Jr.**
　　　　　　　　　　　　　　　　　　　　　　　　　*WCA Holdings, Inc. by Tom J. Fatjo, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　　**President**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Stablewood Springs Resort, LP**  CASE NO

CHAPTER **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 12/17/2012   Signature /s/ WCA Holdings, Inc. by Tom J. Fatjo, Jr.
*WCA Holdings, Inc. by Tom J. Fatjo, Jr.*
*President*

Date _____   Signature _____

Arie Zoller, Esq.
LVH Partners
1200 N. Ashland Ave., Suite 600
Chicago, IL 60622

Axys Capital Total Return Fund LLC
3600 N Capital of Texas Highway
Austin, TX 78746

Bank of the Hills

Brian Tucker
6226 Lynbrook
Houston, TX 77057

Captain Ellis Partnership
128 Nimitz Drive
Kerrville, TX 78028

Colby Design
PO Box 70189
Houston, TX 77270

Diane Bolin,
Kerr County Tax Assessor
700 Main Street, # 124
Kerrville, TX 78028

Estate of Thomas A. Russell, Deceased
808 London Street
Castroville, TX 78009

Fatjo Family Trust
1770 St James Place # 605
Houston, TX 77056

```
Fatjo WCA Partners
1770 St. James Place #05
Houston, TX  77056


Fatjo WCA Partners
1770 St James Place # 605
Houston, TX 77056


FFAP Ltd.
1770 St James Place # 605
Houston, TX 77056


First Sugar Hill, LP
1770 St James Place # 605
Houston, TX 77056


Harbor Linens
PO Box 3510
Cherry Hill, NJ 08034


Hein Lam Upholstery
819 West Drew
Houston, TX 77006


Herb Lipsman, The Health Club Company
16400 Kensington Drive
Sugar Land, TX 77479


Highway 39 Properties, LLC
PO Box 467
Hunt, TX 78024


Kerr County Water
PO Box 555
Hunt, TX 78024
```

```
Kerr SSR Properties, LLC
PO Box 467
Hunt, TX 78024


KGB Texas
1919 Oakwell Farms Pkwy Suite 100
San Antonio, TX 78218


Mosty Law Firm
222 Sidney Baker South # 400
Kerrville, TX 78028


Pacific Life  Ins. Co
c/o Knight Planning Corp.
2001 Kirby Drive
Houston, TX 77019

Patrick Hanes, IDRI
PO Box 2098
Bigfork, MT 59911


Paul J.A. Lex van Hessen
Frederickstraat 19C, The Hague
2512 La Holland
The Netherlands

Quality Gutters Systems LP
5 Upper Cibolo Creek Road
Boerne, TX 78006


San Antonio Express News
PO Box 2171
San Antonio, TX 78297


Shawnna Fatjo
1770 St James Place # 605
Houston, TX 77056
```

```
SRS Ventures LLC
3004 Philfall
Houston, TX 77098


SSR Furnishings, LLC
PO Box 467
Hunt, TX 78024


Stablewood Springs Private Residence Clu
PO Box 467
Hunt, TX 78024


The Concrete Shop
202 Peterson Drive
Kerrville, TX 78028


The Mathis Group
13135 Dairy Ashford # 390
Sugar Land, TX 77478


TJF Ranch, Inc.
1770 St James Place # 605
Houston, TX 77056


Tom Fatjo, III
1770 St James Place # 605
Houston, TX 77056


Tom J. Fatjo, Jr.
1770 St James Place # 605
Houston, TX 77057


U.S. Attorney
601 NW Loop 410, Suite 600
San Antonio, TX  78216
```

```
U.S. Attorney General of
Main Justice Bldg. #5111
10th & Constitutional Ave.NW
Washington, DC   20530

Wallace Jackson & Lohmeyer, PC
David Jackson
820 Main Street, #100
Kerrville, TX 78028
```